# EXHIBIT B



# SUSANNAH KOTEEN

Lido, BIXI, The Fox

INQUIRE NOW

    

IN THE NEWS    CONTACT US    ACCESSIBILITY STATEMENT    JOIN NEWSLETTER

powered by BentoBox


English