# EXHIBIT A

# NYS Liquor Authority Mapping Project (LAMP)
version: 3.0.0

## Search By Proximity

Search for an address or locate on map

2224 Frederick Douglass Boulevard, New York City, NY, 10026

Show results within (Feet)    750

0                                                                                                                                    1500

< Active Licenses

| | |
|---|---|
| Premises Name | FOX HARLEM LLC |
| DBA | THE FOX |
| License ID | 0340-23-138079 |
| Legacy Serial No. | 1336061 |
| Category | On Premises Liquor |
| Description | Restaurant |
| Address | 2222 2224 8TH AVE<br>NEW YORK, New York 10026<br>New York County |

### License Details

| | |
|---|---|
| Lic Type | 1 |
| Lic Class | 340 |
| # of Additional Bars | 0 |
| Lic Exp Date | 10/31/2025 |
| Lic Eff Date | 11/1/2023 |
| Lic Iss Date | 9/29/2023 |
| Lic Org Date | 9/29/2023 |
| Status | Active |

### Principal(s)

Koteen, Susannah