# EXHIBIT B



Case 1:25-cv-06709-JGK   Document 5-2   Filed 08/15/25   Page 3 of 3

# SUSANNAH KOTEEN

Lido, BIXI, The Fox

INQUIRE NOW

    

IN THE NEWS    CONTACT US    ACCESSIBILITY STATEMENT    JOIN NEWSLETTER

powered by BentoBox


English