# EXHIBIT C



# Susannah Koteen · 3rd
Proprietor  at Lido Restaurant

Lido · Skidmore College
New York, New York, United States

276 connections

**Message**    + Follow