# EXHIBIT D



ABOUT | MENU | DRINKS | SPECIALS | EVENTS/LIVE MUSIC | ORDER | RESERVE | PARTIES | GIFT CARDS



# Serena Bass

Serena Bass moved to America in 1977 and started her catering company with a bang in 1982 after a friend asked her to cater a last minute dinner for Andy Warhol and 60 guests. The next day, two people from the dinner requested her food for their own parties, thus a new career was born. The business grew exponentially from there, with every new event and dinner party producing more and more clients who loved her exquisitely cooked meals. Bass eventually moved to the meatpacking district and converted a meat locker into a much-photographed home, office, and catering kitchen.

She is currently the Executive Chef for the Lido Group; BIXI(right font), Lido, and The Fox, where she has not only designed the menus but their unique interior spaces as well.

# About BIXI

BIXI is about unexpected food, and fabulous cocktails, delivered by knowledgeable friendly staff. Serena Bass (of the Serena bar, Chelsea hotel fame) has not only devised an inspired menu, she has also designed the interior. When guests arrive at BIXI they will feel they are somewhere magical. After Lido, (BIXI's sister restaurant three doors up), has been a wildly popular mainstay on Harlem's restaurant row for nine years, serena was ready for a new challenge. BIXI is Eastern, Lido is Italian. BIXI is the sexy kid sister. Lido is the grownup. Depending on your mood we look forward to welcoming you...

**MENU**