# EXHIBIT E

## Food Safety Inspections

**Location**
2164 FREDERICK DOUGLASS BOULEVARD, NEW YORK, NY, 10026

**Status**
L -NO ACCESS

**Inspection Date**
03/24/2025

Details ∧

**Agency Name**
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**Record ID**
50105272

**Business Name**
SERENA HARLEM LLC

### Inspection Information

| | |
|---|---|
| Inspection Date | 03/24/2025 |
| Inspection Result (Action) | L -NO ACCESS |
| Score | 0 |

### Facility Information

| | |
|---|---|
| Doing Business As Name | BIXI |
| Location | 2164 FREDERICK DOUGLASS BOULEVARD, NEW YORK, NY, 10026 |

### Contact Information

| | |
|---|---|
| Business Owner Name | SUSANNAH KOTEEN |
| Email | JAEL0980@AOL.COM |

DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**License ID**

41564170

**Applicant Name**

SKDL CORP

## Permit Information

| | |
|---|---|
| **License Type** | FOOD SERVICE ESTABLISHMENT (GENERAL) LICENSE |
| **License Status** | CURRENT |
| **Permit Type** | H25 |
| **Sub Type** | FS |
| **Expiration Date** | 02/28/2026 |

## Facility Information

| | |
|---|---|
| **Doing Business As Name** | LIDO |
| **Location** | 2168 FREDERICK DOUGLAS BOULEVARD, NEW YORK, NY 10026 |

## Contact Information

| | |
|---|---|
| **Contact Name** | SKDL CORP |
| **Phone** | TRUE |
| **Email** | TRUE |
| **Contact Address** | 2168 FREDERICK DOUGLAS BOULEVARD, NEW YORK, NY 10026 |

An official website of New York State.
Here's how you know ∨



# Department of State
## Division of Corporations

Entity Information

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** SKDL CORP.
**DOS ID:** 4011764
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/26/2010
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/26/2010
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 10/31/2014
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C/O SUSANNAH KOTEEN
**Address:** 2162-68 8TH AVENUE, NEW YORK, NY, UNITED STATES, 10026

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

### Chief Executive Officer's Name and Address

**Name:** SUSANNAH KOTEEN
**Address:** 2168 FREDERICK DOUGLAS BLVD, NEW YORK, NY, UNITED STATES, 10026

### Principal Executive Office Address

**Address:** 2168 FREDERICK DOUGLAS BLVD, NEW YORK, NY, UNITED STATES, 10026

### Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 200 | $0.00000 |



Agencies  App Directory  Counties  Events  Programs  Services