# EXHIBIT F



**The Fox Harlem**
Feb 29, 2024 · 🌐 ⋯

Thank you, OpenTable, for including The Lido Group in the Black History Month celebrations among wonderful NYC restaurants valued in community and heritage.

Whether you dine with us @lidoharlem, @bixiharlem, or @thefoxharlem we invite you to enjoy our delicious menus curated by our Executive Chef, James Beard Award Winner, Serena Bass and our amazing staff.

#blackhistorymonth #harlem #nycrestaurants #uptownvibes #womenownbusiness




# lidoharlem



**Lido**

**584** posts  **4,908** followers  **1,444** following

Restaurant
The food is simple and delicious, the atmosphere is warm, and friendly. A refreshing change of pace from life in the city.
2168 Frederick Douglass Blvd, New York, New York
flow.page/lidoharlem and 2 more

[Follow] [Message] [Contact]

    

Lunch  Brunch  Dinner  Dolci  Happy Hour


1,086


932


1,487


















**lidoharkem** Cheers to the Class of 2024! 🥂🎓 You've put in the work—now it's time to celebrate! Whether you're indulging in bold flavors at Lido, toasting with handcrafted cocktails at BIXI, or keeping the party going at The Fox, we've got the perfect spot for your big moment.



Posts
thefoxharlem

Follow

lidoharlem and 2 others
Harlem



### Collaborators

 **thefoxharlem**
The Fox Harlem — Follow

 **bixiharlem**
BIXI — Follow

 **lidoharlem**
Lido — Follow