## SUPPLEMENTAL RIDER

FOX HARLEM LLC., SKDL CORP., SERENA HARLEM LLC., and SUSANNAH KOTEEN

DEFENDANT(S) ADDRESS(ES) AND COUNTIES

- FOX HARLEM LLC.
  d/b/a THE FOX
  2224 Frederick Douglass Boulevard
  New York NY 10026
  (New York County)
- SERENA HARLEM LLC.
  d/b/a BIXI
  2164 Frederick Douglass Boulevard
  New York NY 10026
  (New York County)
- SKDL CORP
  d/b/a BIXI
  2164 Frederick Douglass Boulevard
  New York NY 10026
  (New York County)
- SUSANNAH KOTEEN
  2162-68 8th Avenue
  New York NY 10026
  (New York County)