

20250821155110

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **SUMMONS, SUPPLEMENTAL RIDER, COMPLAINT, EXHIBITS, $40 FEE** |
| EFFECTED (1) BY ME: | Angela Roy |
| TITLE: | **PROCESS SERVER**     DATE: 8/22/25 @ 9:30AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

FOX HARLEM LLC. C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Dan Noonan - OA1

Relationship to defendant _____

Description of Person Accepting Service:

SEX: M  AGE: 35-40  HEIGHT: 5'10"  WEIGHT: 170 lb  SKIN: White  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 8/22/2025          _____ L.S.
SIGNATURE OF Angela Roy
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:  C.K. LEE, ESQ.
PLAINTIFF:  HUMBERTO GARCIA, ET AL
DEFENDANT: FOX HARLEM LLC, ET AL
VENUE:     DISTRICT
DOCKET:    1 25 CV 06709 JGK
COMMENT: