# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

October 22, 2025

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Garcia v. Fox Harlem LLC. et al*
                Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

      We represent Plaintiff in the above referenced action and write, jointly with counsel to Defendants, to request that the Court adjourn the initial conference scheduled for November 12, 2025. *See* The Minute Entry dated September 4, 2025.

      As the Court is aware, the parties were referred to mediation by the Court on September 19, 2025 (Dkt. No. 15) and the mediation is currently scheduled for November 24, 2025. In order to conserve judicial resources and save litigation costs for all parties, the parties respectfully request that the Court adjourn the initial conference pending the outcome of the mediation. This is the parties' first request for adjournment.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.