

1345 AVENUE OF THE AMERICAS – 11TH FLOOR<br>
NEW YORK, NEW YORK 10105<br>
TELEPHONE: (212) 370-1300<br>
FACSIMILE:   (212) 370-7889<br>
www.egsllp.com

November 10, 2025

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Garcia v. Fox Harlem LLC. et al.*
      Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

    This firm represents the Defendants in the above referenced action and write, with the consent of counsel to Plaintiff, to request that the Court extend Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint from November 10, 2025 to and including December 21, 2025 in order to conserve Defendants' resources to further the interests of a potential settlement at the court-ordered mediation currently scheduled for November 24, 2025.

    This is Defendants' first request for extension of this deadline. The Court previously canceled the initial conference pending the outcome of the mediation at the parties' request (Dkt. No. 17).

    We thank the Court for its attention to this matter.

Very truly yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Valerie J. Bluth, Esq.

{01586844.DOC.1}