# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        (212) 465-1188
                        cklee@leelitigation.com

December 1, 2025

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    *Garcia v. Fox Harlem LLC. et al*
                       Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

      We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants, to provide the Court with a status update, pursuant to the Court's Order dated October 22, 2025.

      The parties attended a mediation with Nadia M. Pervez on November 24, 2025. The parties are still discussing resolution, and request a brief extension until December 10, 2025, to provide a further status update.

      We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF