# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        (212) 465-1188
                        cklee@leelitigation.com

December 10, 2025

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    *Garcia v. Fox Harlem LLC. et al*
                Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

       We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants, to provide the Court with an update on the status of the mediation, pursuant to the Court's Order, dated December 1, 2025 [Dkt. 21].

       The parties are continuing to engage in active settlement negotiations. Due to the unavailability of counsel last week due to travel schedules, the parties request a brief extension, to December 19, 2025, to submit a further status update, and that the stay remain in effect.

       We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF