

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

December 22, 2025

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Garcia v. Fox Harlem LLC. et al.*
             Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

    This firm represents the Defendants in the above referenced action and write, with the consent of counsel for Plaintiff, to request that the Court extend Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint from December 22, 2025 to and including February 23, 2026 in order to conserve Defendants' resources in contemplation of the Offer of Judgment served on Plaintiff on December 11, 2025. A stipulation in that regard is filed herewith.

    This is the second request for extension of this deadline, and will not affect any other scheduled dates or deadlines.

    We thank the Court for its attention to this matter.

                            Very truly yours,

                            ELLENOFF GROSSMAN & SCHOLE LLP

                            Valerie J. Bluth, Esq.

{01599879.DOC.2}