# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:       (212) 465-1188
                       cklee@leelitigation.com

December 30, 2025

**Via ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Garcia v. Fox Harlem LLC. et al*
      Case No. 1:25-cv-06709-JGK

Dear Judge Koeltl:

      We are counsel to Plaintiff in the above referenced matter. We write, jointly with counsel for Defendants, to provide the Court with an update on the status of the mediation, pursuant to the Court's Order, dated December 19, 2025 [Dkt. 25].

      As the parties have not settled the case, they respectfully request until January 16, 2026, to submit an updated discovery plan.

      We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF