UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUMBERTO GARCIA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

           Plaintiff,

v.

FOX HARLEM LLC.,
SERENA HARLEM LLC.,
SKDL CORP,
and SUSANNAH KOTEEN,

           Defendants.

Case No.: 25-CV- 06709

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff HUMBERTO GARCIA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 7, 2026, and annexed hereto as **Exhibit A**.

Dated: January 7, 2026

           Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Valerie J. Bluth, Esq.
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of The Americas, 11th Floor
New York, NY 10105
212-370-1300
vbluth@egsllp.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.