**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HUMBERTO GARCIA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

v.

FOX HARLEM LLC., *et al*,

    Defendants.

---

**Case No.**:  25-CV- 06709

**[PROPOSED]**
**RULE 68 JUDGMENT**

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants FOX HARLEM LLC, SERENA HARLEM LLC., SKDL CORP, and SUSANNAH KOTEEN (collectively "Defendants"), having offered to allow Plaintiff HUMBERTO GARCIA ("Plaintiff") to take a judgment against Fox Harlem, LLC and SKDL Corp., jointly and severally, on behalf of all Defendants, in the sum of Forty-Two Thousand Dollars and No Cents ($42,000.00) ("Judgment Amount"), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 7, 2026 and filed as Exhibit A to Docket Number 29;

  **WHEREAS**, on January 7, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 29);

  It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff HUMBERTO GARCIA, in the sum of $42,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 7, 2026 and filed as Exhibit A to Docket Number 29.

**SO ORDERED:**

Dated: _____, 2026    _____
  New York, New York                   U.S.D.J.